# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| EATON, RICHARD K. | U.S. COURT OF INTERNATIONAL TRADE | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR | ☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 (the assets of Trust # 1 are in two accounts listed as Trust and Trust II) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Catholic University of Lyon Law School | 10/03/2016 to 10/14/2016 | Lyon, France | Teaching | Transportation, Food and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| EATON, RICHARD K. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF CREF Stock Fund | B | Dividend | L | T | | | | | |
| 2. TIAA-CREF CREF Global Equities Fund | B | Dividend | L | T | | | | | |
| 3. TIAA-CREF CREF Global Fund | B | Dividend | L | T | | | | | |
| 4. Berkshire Hathaway Common | | None | K | T | | | | | |
| 5. Goldman Sachs Common | A | Dividend | K | T | | | | | |
| 6. Valley National Bank Common | A | Dividend | J | T | | | | | |
| 7. Berkshire Hathaway Common (Held in IRA) | | None | N | T | | | | | |
| 8. Oaktree CAP GRP Mutual Fund (Held in IRA) | A | Dividend | J | T | | | | | |
| 9. Schwab 1000 Mutual Fund (Held in IRA) | A | Dividend | J | T | | | | | |
| 10. Vanguard Div. Mutual Fund (Held in IRA) | A | Dividend | J | T | | | | | |
| 11. Alphabet Common (Held in IRA) | | None | | | Sold | 12/21/16 | J | A | |
| 12. ABB Ltd. (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 13. Ace Ltd. Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 14. Ametek Inc. Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 15. Anadarko Pet (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 16. Apple Common (Held in IRA) | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 17. Amazon Common (Held in IRA) | | None | | | Sold | 12/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Exp. Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 19. Blackrock Inc. Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 20. Bristol-Myers Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 21. Cabot Oil & Gas Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 22. Cerner Corp. Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 23. Chevron Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 24. Chubb Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 25. Comcast Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 26. Costco Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 27. Cytek Indus. Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 28. Cummins Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 29. CVS Healthgrp Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 30. Disney Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 31. Dow Chemical (Held in IRA) | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 32. Emerson Elec. Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 33. Estee Lauder Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 34. Express Scripts Common (Held in IRA) | | None | | | Sold | 12/21/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Fortnet Common (Held in IRA) | | None | | | Sold | 12/21/16 | J | A | |
| 36.   Honeywell Common (Held in IRA | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 37.   Gilead Common (Held in IRA) | | None | | | Sold | 12/21/16 | J | A | |
| 38.   LAM Research Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 39.   McKesson Corp. Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 40.   Mead Johnson (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 41.   Microsoft Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 42.   Nestle (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 43.   Oracle (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 44.   Mondelez Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 45.   Novo-Nordisk Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 46.   Regeneron Pharm. Common (Held in IRA) | | None | | | Sold | 12/21/16 | J | A | |
| 47.   Salesforce.com Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 48.   U.S. Bancorp Common (Held in IRA) | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 49.   Diageo Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 50.   JP Morgan Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 51.   Merck (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Precision Cast. Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 53. Schlumberger Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 54. VF Group Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 55. Wisdomtree ETF (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 56. Vanguard Emerging Markets Mutual Fund (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 57. Verizon Common (Held in IRA) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 58. Valley National Bancorp Common | G | Dividend | P1 | T | | | | | |
| 59. Citibank Accounts | D | Interest | K | T | | | | | |
| 60. House, Cabin and Land, Park County, Montana | D | Rent | P1 | W | | | | | |
| 61. Abbott Laboratories Common | B | Dividend | | | Sold | 12/21/16 | L | A | |
| 62. ABBVIE Common | B | Dividend | | | Sold | 12/21/16 | K | A | |
| 63. Alphabet Common | | None | | | Sold | 12/21/16 | M | C | |
| 64. Ametek Common | A | Dividend | | | Sold | 12/21/16 | K | B | |
| 65. Apple Common | D | Dividend | | | Sold | 12/21/16 | N | C | |
| 66. Bristol-Myers Common | B | Dividend | | | Sold | 12/21/16 | K | C | |
| 67. Broadcom Ltd. Common | B | Dividend | | | Sold | 12/21/16 | M | B | |
| 68. Celgene Corp. Common | | None | | | Sold | 12/21/16 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cerner Corp. Common | | None | | | Sold | 12/21/16 | L | C | |
| 70. Cytek Industries Common | A | Dividend | | | Sold | 12/21/16 | K | B | |
| 71. Costco Common | A | Dividend | | | Sold | 12/21/16 | K | B | |
| 72. General Electric Common | B | Dividend | | | Sold | 12/21/16 | K | B | |
| 73. Gilead Sciences Common | | None | | | Sold | 12/21/16 | L | B | |
| 74. Honeywell Common | B | Dividend | | | Sold | 12/21/16 | K | B | |
| 75. JP Morgan Common | B | Dividend | | | Sold | 12/21/16 | L | B | |
| 76. Microchip Teck Common | B | Dividend | | | Sold | 12/21/16 | K | B | |
| 77. McDonalds Common | B | Dividend | | | Sold | 12/21/16 | L | C | |
| 78. McKesson Corp. Common | A | Dividend | | | Sold | 12/21/16 | L | C | |
| 79. Nike Common | A | Dividend | | | Sold | 12/21/16 | L | B | |
| 80. Philip Morris Common | B | Dividend | | | Sold | 12/21/16 | L | C | |
| 81. Qualcomm Common | B | Dividend | | | Sold | 12/21/16 | L | B | |
| 82. Schlumberger Ltd. Common | B | Dividend | | | Sold | 12/21/16 | L | C | |
| 83. Starbucks Common | B | Dividend | | | Sold | 12/21/16 | L | B | |
| 84. Samsung Common | A | Dividend | | | Sold | 12/21/16 | K | B | |
| 85. Union Pacific Common | B | Dividend | | | Sold | 12/22/16 | L | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. United Tech Common | A | Dividend | | | Sold | 12/21/16 | K | D | |
| 87. Verizon | A | Dividend | | | Sold | 12/21/16 | L | C | |
| 88. VF Corp. Common | A | Dividend | | | Sold | 12/21/16 | K | B | |
| 89. Ace Ltd. Common | A | Dividend | | | Sold | 12/21/16 | L | B | |
| 90. Altria Group Inc. Common | C | Dividend | | | Sold | 12/21/16 | L | C | |
| 91. Amazon Common | | None | | | Sold | 12/21/16 | L | C | |
| 92. Blackrock Common | B | Dividend | | | Sold | 12/21/16 | L | C | |
| 93. Chevron Texaco Common | B | Dividend | | | Sold | 12/21/16 | L | C | |
| 94. Comcast Common | A | Dividend | | | Sold | 12/21/16 | K | B | |
| 95. Covidien Common | A | Dividend | | | Sold | 12/21/16 | K | C | |
| 96. Diageo Common | A | Dividend | | | Sold | 12/21/16 | L | B | |
| 97. Exxon Mobil Corp. Common | A | Dividend | | | Sold | 12/21/16 | K | B | |
| 98. Estee Lauder Common | A | Dividend | | | Sold | 12/21/16 | K | B | |
| 99. Express Scripts Common | | None | | | Sold | 12/21/16 | K | B | |
| 100. Nestle Common | B | Dividend | | | Sold | 12/21/16 | K | B | |
| 101. Novonordisk Common | A | Dividend | | | Sold | 12/21/16 | K | B | |
| 102. Met Life Inc., Common | A | Dividend | | | Sold | 12/21/16 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wisdomtree Ener. Common | A | Dividend | | | Sold | 12/21/16 | M | C | |
| 104. Franklin Sm Cp Fd Common Mutual Fund | B | Dividend | | | Sold | 12/21/16 | L | C | |
| 105. Oppenheimer Dev. Mrkts Mutual Fund | A | Dividend | | | Sold | 12/21/16 | L | C | |
| 106. Oak Ridge Small Cp Mutual Fund | | None | | | Sold | 12/21/16 | L | C | |
| 107. Pioneer Sm Cp Mutual Fund | | None | | | Sold | 12/21/16 | L | C | |
| 108. Templeton Foreign Equity Mutual Fund | A | Dividend | | | Sold | 12/21/16 | K | C | |
| 109. Vodafone ADR | B | Interest | | | Sold | 12/21/16 | K | A | |
| 110. Anheuser-Busch Corp. Bds | B | Interest | | | Sold | 12/21/16 | M | A | |
| 111. Caterpillar Corp. Bds. | B | Interest | | | Sold | 12/21/16 | M | A | |
| 112. Dominion Resources Corporate Bonds | D | Interest | | | Sold | 12/21/16 | M | A | |
| 113. Goldman Sachs Corporate Bonds | D | Interest | | | Sold | 12/21/16 | M | A | |
| 114. Sempa Energy Corporate Bonds | D | Interest | | | Sold | 12/21/16 | M | A | |
| 115. Simon PPTY Gp Corp. Bds. | C | Interest | | | Sold | 12/21/16 | M | A | |
| 116. Yum Brand Corporate Bonds | C | Interest | | | Sold | 12/21/16 | M | A | |
| 117. Mineola NY Municipal Bonds | B | Interest | | | Sold | 12/21/16 | M | A | |
| 118. Nassau County Revenue Bond Municipal Bond | B | Interest | | | Sold | 12/21/16 | L | A | |
| 119. Plandome NY Municipal Bonds | B | Interest | | | Sold | 12/21/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pennfield NY Municipal Bonds | B | Interest | | | Sold | 12/21/16 | M | | |
| 121. NYS Environ Bond Municipal Bond | C | Interest | | | Sold | 12/21/16 | L | | |
| 122. Taconic Opportunity Mutual Fund X | E | Distribution | P1 | T | | | | | |
| 123. Adhesion S&P 500 Managed Strategy Mutual Fund | | None | P1 | T | Buy | 12/30/16 | P1 | | |
| 124. ACK Asset Partners Mutual Fund | | None | N | T | Buy | 12/30/16 | N | | |
| 125. Breckenridge Municipal Bond Fund | | None | O | T | Buy | 12/30/16 | O | | |
| 126. Charles Schwab Cash and Money Markets | | None | P1 | T | Buy | 12/30/16 | P1 | | |
| 127. Amazon Common (Trust) | | None | | | Sold | 12/21/16 | J | A | |
| 128. Ametek Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 129. American Tower REIT Common (Trust) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 130. Anadarko Pet Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 131. B B & T Holdings Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 132. Blackrock Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 133. Borg Warner Common (Trust) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 134. Cabot Oil Common (Trust) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 135. Celgene Common (Trust) | | None | | | Sold | 12/21/16 | K | A | |
| 136. Cerner Corp. Common (Trust) | | None | | | Sold | 12/21/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Chevron Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 138. Cummins Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 139. Danaher Corp. Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 140. Diageo Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 141. Express Scripts Common (Trust) | | None | | | Sold | 12/21/16 | J | A | |
| 142. Exxon Common (Trust) | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 143. Estee Lauder Common (Trust) | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 144. Facebook Common (Trust) | | None | | | Sold | 12/21/16 | J | A | |
| 145. Fortnet Common (Trust) | | None | | | Sold | 12/21/16 | J | A | |
| 146. IBM Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 147. JP Morgan Chase Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 148. LAM Research Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 149. Lowes Common (Trust) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 150. Mastercard Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 151. Mead Johnson Nutrition Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 152. Merck Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 153. Microchip Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Mondelez Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 155. Morgan Stanley Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 156. Polaris Industries Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 157. Precision Cast. Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 158. Rengeron Common (Trust) | | None | | | Sold | 12/21/16 | K | A | |
| 159. Roche Common (Trust) | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 160. Starbucks Common (Trust) | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 161. STRATYSIS Common (Trust) | | None | | | Sold | 12/22/16 | J | A | |
| 162. TJX Cos Common (Trust) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 163. T Rowe Price Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 164. United Parcel Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 165. United Tech. Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 166. Verizon Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 167. Wisdomtree Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 168. Abbott Laboratories Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 169. American Ex. Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 170. Apple Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Costco Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 172. Emerson Elec. Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 173. EMC Corp. Common (Trust) | | None | | | Sold | 12/21/16 | J | A | |
| 174. Gilead Sciences Common (Trust) | | None | | | Sold | 12/21/16 | K | A | |
| 175. McDonald Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 176. Nike Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 177. Pepsico Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 178. Proctor & Gamble Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 179. Qualcomm Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 180. Schlumberger Common (Trust) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 181. Franklin Int. Sm. Growth Mutual Fund (Trust) | A | Dividend | | | Sold | 12/21/16 | L | A | |
| 182. Oppenheimer Dev. Mrkts. Mutual Fund (Trust) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 183. Adhesion S&P 500 Managed Strategy Mutual Fund (Trust) | | None | O | T | Buy | 12/30/16 | O | | |
| 184. Agilent Tech Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 185. Abbott Labs Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 186. Ametek Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 187. Blackrock Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. B B & T Corp. Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 189. Broadcom Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 190. Celgene Common (Trust II) | | None | | | Sold | 12/21/16 | J | A | |
| 191. Cerner Corp. Common (Trust II) | | None | | | Sold | 12/21/16 | J | A | |
| 192. Chevron Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 193. Chubb Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 194. Danaher Corp. Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 195. Dow Chemical Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 196. Dupont Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 197. Eco Lab Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 198. Express Scripts (Trust II) | | None | | | Sold | 12/21/16 | J | A | |
| 199. Exxon Mobil Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 200. Facebook CL A (Trust II) | | None | | | Sold | 12/21/16 | J | A | |
| 201. JP Morgan Chase Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 202. LAM Networks Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 203. Lowes Common (Trust II) | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 204. Mastercard Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 16 of 19

Name of Person Reporting

EATON, RICHARD K.

Date of Report

05/15/2017

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Microsoft Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 206. Mead Johnson Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 207. McKesson Corp. Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 208. Merck Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 209. Metlife Inc. Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 210. Mondelez Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 211. Morgan Stanley Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 212. Nestle Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 213. Palo Alto Net. Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 214. Perrigo Co. PLC Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 215. Regeron Corp. Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 216. Roche Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 217. Union Pacific Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 218. United Tech Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 219. United Parcel Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 220. U.S. Bancorp Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 221. Verizon Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. VF Corp. Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 223. Amazon Common (Trust II) | | None | | | Sold | 12/21/16 | K | A | |
| 224. Apple Common Common (Trust II) | | None | | | Sold | 12/21/16 | K | A | |
| 225. Costco Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 226. Pepsico Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 227. Diageo Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 228. Gilead Sciences Common (Trust II) | | None | | | Sold | 12/21/16 | K | A | |
| 229. McDonalds Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 230. Nike Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 231. Novo Nordisk Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | J | A | |
| 232. Qualcom Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 233. Schlumberger Common (Trust II) | A | Dividend | | | Sold | 12/21/16 | K | A | |
| 234. Adhesion S&P 500 Managed Strategy Mutual Fund (Trust II) | | None | O | T | Buy | 12/21/16 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EATON, RICHARD K. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RICHARD K. EATON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544